## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : | Mag. No. 23-10194 |
| JOHN DOE | : | **CRIMINAL COMPLAINT** |

I, ▇▇▇▇▇▇▇, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof.

Special Agent ▇▇▇▇▇▇▇▇ attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A) on June 6, 2023 in the District of New Jersey

HONORABLE MICHAEL A. HAMMER  
United States Magistrate Judge



*Michael Hammer*  
Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about ███████████████████████, in the District of New Jersey and elsewhere, the defendant,

**JOHN DOE,**

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, ███████████████████████████████████████ ████████████████████, which were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**ATTACHMENT B**

I, ▮▮▮▮▮▮▮▮▮▮▮▮. I have knowledge of the facts set forth herein based on my conversations with other law enforcement officers and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about ▮▮▮▮▮▮ ▮▮▮▮▮▮ were conducting surveillance in the area of ▮▮▮▮▮▮. While conducting surveillance, the officers observed a male, later identified as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Officers continued to surveil ▮▮▮▮▮▮▮▮▮▮▮▮.

2. Officers then approached ▮▮▮▮▮▮▮▮▮▮▮▮. Officers ordered ▮▮▮▮ to stop.

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Shortly after ▮▮▮▮ apprehension, officers recovered a ▮▮▮▮▮▮▮▮▮▮▮▮.

5. The Firearm and Ammunition were manufactured outside the State of New Jersey. Therefore, the Firearm and Ammunition necessarily moved in interstate commerce prior to ▮▮▮▮ possession thereof on or about ▮▮▮▮.

6. On or about ▮▮▮▮▮▮▮▮▮▮▮▮ a crime punishable by imprisonment for a term exceeding one year, for which he was sentenced to ▮▮▮▮▮▮▮▮.

3