

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

▉▉▉▉▉▉▉▉▉▉▉▉▉
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

▉▉▉▉▉▉▉▉▉▉▉▉▉

July 25, 2023

**VIA ELECTRONIC MAIL**

The Honorable Robert Kirsch
United States District Judge
Clarkson S. Fisher Building
 & U.S. Courthouse
402 E. State St., Room 4050
Trenton, New Jersey  08608

    Re:  *United States v. John Doe*, Crim. No. Pending

Dear Judge Kirsch:

    The United States respectfully submits the following materials:

1. An unredacted version of the instant cover letter **(to be filed under seal)**;

2. A redacted version of the instant cover letter (to be filed publicly if/when approved by the Court);

3. An unredacted version of the notice of motion to caption this matter as *United States v. John Doe* and to seal certain docket entries **(to be filed under seal)**;

4. A redacted version of the notice of motion to caption this matter as *United States v. John Doe* and to seal certain docket entries (to be filed publicly if/when approved by the Court);

5. An unredacted letter-brief in support of the motion to caption this matter as *United States v. John Doe* and to seal certain docket entries **(to be filed under seal)**;

6. A redacted letter-brief in support of the motion to caption this matter as *United States v. John Doe* and to seal certain docket entries (to be filed publicly if/when approved by the Court);

7. An unredacted affidavit in support of the motion to caption this matter as *United States v. John Doe* and to seal certain docket entries **(to be filed under seal)**;

8. A redacted affidavit in support of the motion to caption this matter as *United States v. John Doe* and to seal certain docket entries (to be filed publicly if/when approved by the Court);

9. An unredacted Proposed Order #1 in connection with this motion **(to be filed under seal)**;

10. A redacted Proposed Order #1 in connection with this motion, to be entered if acceptable to the Court prior to a decision on the motion (to be filed publicly if/when approved by the Court);

11. An unredacted Proposed Order #2 in connection with this motion **(to be filed under seal)**; and

12. A redacted Proposed Order #2 in connection with this motion, to be entered if acceptable to the Court if the motion is granted (to be filed publicly if/when approved by the Court).

Please do not hesitate to reach out should you have any questions or concerns. Thank you very much.

Respectfully submitted,

PHILIP R. SELLINGER
Acting United States Attorney

By: 

Special Assistant U.S. Attorney

Enclosures